UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61048-CIV-DIMITROULEAS

INVERRARY RENTALS, LLC,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

ASPEN SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

**FINAL ORDER DISMISSING COMPLAINT WITH PREJUDICE**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice [DE 38].  The Court has carefully reviewed the Joint Notice and is otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Stipulation for Dismissal with Prejudice [DE 38] is hereby **APPROVED**;

2. The above-styled case is hereby **DISMISSED with prejudice**;

3 The clerk shall close this case;

4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of July, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bob G. Freemon, Esq.
William L. Wallis, Esq.